**Order entered December 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01140-CV**

**MARCUS SMITH, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF CELIA B. SMITH, DECEASED, Appellant**

**V.**

**NEXION HEALTH AT MCKINNEY, INC. D/B/A MCKINNEY HEALTHCARE AND REHABILITATION CENTER AND MENUR BESHIR, LVN, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-02258**

**ORDER**

Before the Court is appellees' December 28, 2022 opposed motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **January 6, 2023**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE